Jeffrey I. Golden, Trustee
P.O. Box 2470
Costa Mesa, CA 92628-2470
Telephone: (714) 966-1000
Facsimile:  (714) 966-1002
Email:  jgolden@wgllp.com

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 8:19-BK-11813-ES |
| | § | |
| J & M MASONRY INC | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Jeffrey I. Golden, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $2,225.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $2,637.20 | | |

UST Form 101-7-TDR (10/1/2010)

3) Total gross receipts of $9,093.64 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $6,456.44 (see **Exhibit 2),** yielded net receipts of $2,637.20 from the liquidation of the property of the estate, which was distributed as follows:

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $2,637.20 | $2,637.20 | $2,637.20 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $270,048.09 | $0.00 | $0.00 | $0.00 |
| **Total Disbursements** | $270,048.09 | $2,637.20 | $2,637.20 | $2,637.20 |

4). This case was originally filed under chapter 7 on 05/10/2019. The case was pending for 33 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/02/2022        By:  /s/ Jeffrey I. Golden
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| BANK OF AMERICA BUSINESS 1514 | 1129-000 | $8,242.15 |
| BANK OF AMERICA PAYROLL ACCOUNT 0802 | 1129-000 | $851.49 |
| **TOTAL GROSS RECEIPTS** | | **$9,093.64** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| J & M MASONRY INC | Surplus Funds | 8200-002 | $6,456.44 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$6,456.44** |

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JEFFREY I. GOLDEN, TRUSTEE, Trustee | 2100-000 | NA | $659.30 | $659.30 | $659.30 |
| JEFFREY I. GOLDEN, TRUSTEE, Trustee | 2200-000 | NA | $5.50 | $5.50 | $5.50 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | $12.30 | $12.30 | $12.30 |
| Independent Bank | 2600-000 | NA | $133.42 | $133.42 | $133.42 |
| FRANCHISE TAX BOARD | 2990-800 | NA | $826.68 | $826.68 | $826.68 |
| HAHN FIFE & COMPANY LLP, Tax Preparer | 3991-640 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$2,637.20** | **$2,637.20** | **$2,637.20** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NATIONAL LIABILITY & FIRE INSURANCE | 7100-000 | $73,933.18 | $0.00 | $0.00 | $0.00 |
| | STATE COMPENSATION FUND | 7100-000 | $196,114.91 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $270,048.09 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1     Exhibit 8

| Case No.: | 19-11813-ES | Trustee Name: | Jeffrey I. Golden |
| Case Name: | J & M MASONRY INC | Date Filed (f) or Converted (c): | 05/10/2019 (f) |
| For the Period Ending: | 2/2/2022 | §341(a) Meeting Date: | 06/19/2019 |
| | | Claims Bar Date: | 12/09/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | BANK OF AMERICA BUSINESS 1514 | $5,000.00 | $5,000.00 | | $8,242.15 | FA |
| 2 | 1996 CHEVY PICKUP POOR CONDITION | $725.00 | $725.00 | | $0.00 | FA |
| 3 | BANK OF AMERICA PAYROLL ACCOUNT 0802 | $700.00 | $700.00 | | $851.49 | FA |
| 4 | TRACTOR BOBCAT | $1,500.00 | $0.00 | | $0.00 | FA |
| 5 | DUPLICATE ASSET ENTERED IN ERROR | $0.00 | $0.00 | | $0.00 | FA |
| 6 | DUPLICATE ASSET ENTERED IN ERROR | $0.00 | $0.00 | | $0.00 | FA |
| 7 | DUPLICATE ASSET ENTERED IN ERROR | $0.00 | $0.00 | | $0.00 | FA |
| 8 | DUPLICATE ASSET ENTERED IN ERROR | $0.00 | $0.00 | | $0.00 | FA |
| 9 | DUPLICATE ASSET ENTERED IN ERROR | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                     **Gross Value of Remaining Assets**
$7,925.00     $6,425.00     $9,093.64     $0.00

**Major Activities affecting case closing:**

07/15/2021    FINAL REPORT: The FTB board filed claim #1 as an administrative claim in the amount of $826.68. The Estate tax returns have been completed and the case is now ready to be closed.

P.E. 9/30/20: The Estate tax returns have been filed with the taxing authorities. The claims bar date has passed with zero claims filed. The Trustee will be writing letters to creditors suggesting that they file proof of claims as there is money to be distributed. Once claims have been filed, the Trustee will close this case. If no claims are filed, the funds with be abandoned back to the Debtor.

The Trustee anticipates submitting his TFR to the OUST before June 30, 2021.

P.E. 9/30/19: The Trustee has collected funds from the Debtor's business and payroll accounts totaling $9,093.64. The Trustee has determined that it is not in the best interest of the Estate to administer the Debtor's 1996 Pickup or Tractor Bobcat and will be filing a Notice to abandon these assets.

The Trustee will be employing an accountant to prepare the Estate's tax returns. Once the claims bar date passes, the Trustee will review all claims on file to determine if objections are necessary.

The Trustee anticipates submitting his TFR to the OUST before March 31, 2020.

**FORM 1**     Page No.: 2     Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 19-11813-ES | | **Trustee Name:** | Jeffrey I. Golden |
| **Case Name:** | J & M MASONRY INC | | **Date Filed (f) or Converted (c):** | 05/10/2019 (f) |
| **For the Period Ending:** | 2/2/2022 | | **§341(a) Meeting Date:** | 06/19/2019 |
| | | | **Claims Bar Date:** | 12/09/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 03/31/2020     **Current Projected Date Of Final Report (TFR):** 06/30/2021

/s/ JEFFREY I. GOLDEN

JEFFREY I. GOLDEN

**FORM 2** — Page No: 1 — Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 19-11813-ES | | Trustee Name: | Jeffrey I Golden |
|---|---|---|---|---|
| Case Name: | J & M MASONRY INC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8654 | | Checking Acct #: | ******1813 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHECKING ACCOUNT |
| For Period Beginning: | 5/10/2019 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/2/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/02/2019 | (1) | J & M MASONRY, INC. - BOFA CASHIER'S CHECK | TURNOVER OF FUNDS IN BANK ACCOUNT ENDING 1514 | 1129-000 | $8,242.15 | | $8,242.15 |
| 08/02/2019 | (3) | J & M MASONRY, INC - BOFA CASHIER'S CHECK | TURNOVER OF FUNDS FROM PAYROLL ACCOUNT ENDING 0802 | 1129-000 | $851.49 | | $9,093.64 |
| 03/18/2020 | 1001 | INTERNATIONAL SURETIES LTD. | Bond #016030866 Term 1/4/2020 to 1/4/2021 | 2300-000 | | $7.46 | $9,086.18 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $13.25 | $9,072.93 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $13.23 | $9,059.70 |
| 10/09/2020 | 1002 | HAHN FIFE & COMPANY LLP | ACCOUNTANCY FLAT FEE PAID PER COUR ORDER ENTERED 10/2/2020 | 3991-640 | | $1,000.00 | $8,059.70 |
| 10/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $13.21 | $8,046.49 |
| 11/02/2020 | 1003 | INTERNATIONAL SURETIES LTD. | BOND #016030866 (EFFECTIVE 10/1/20 | 2300-000 | | $0.08 | $8,046.41 |
| 11/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $12.15 | $8,034.26 |
| 12/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $11.71 | $8,022.55 |
| 01/21/2021 | 1004 | INTERNATIONAL SURETIES LTD. | Bond #016229732 | 2300-000 | | $4.76 | $8,017.79 |
| 01/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $11.69 | $8,006.10 |
| 02/26/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $11.67 | $7,994.43 |
| 03/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $11.65 | $7,982.78 |
| 04/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $11.64 | $7,971.14 |
| 05/28/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $11.62 | $7,959.52 |
| 06/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $11.60 | $7,947.92 |
| 10/18/2021 | 1005 | JEFFREY I. GOLDEN, TRUSTEE | TRUSTEE FEE PAID PER COURT ORDER ENTERED 10/14/2021 | 2100-000 | | $659.30 | $7,288.62 |
| 10/18/2021 | 1006 | JEFFREY I. GOLDEN, TRUSTEE | TRUSTEE EXPENSES PAID PER COURT ORDER ENTERED 10/14/2021 | 2200-000 | | $5.50 | $7,283.12 |
| 10/18/2021 | 1007 | FRANCHISE TAX BOARD | ADMINISTRATIVE TAX CLAIM NO. 1 PAID PER COURT ORDER ENTERED 10/14/2021 | 2990-800 | | $826.68 | $6,456.44 |
| 10/18/2021 | 1008 | J & M MASONRY INC | SURPLUS FUNDS RETURNED TO DEBTOR | 8200-002 | | $6,456.44 | $0.00 |
| | | | SUBTOTALS | | $9,093.64 | $9,093.64 | |

**FORM 2**

Page No: 2 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 19-11813-ES | | Trustee Name: | Jeffrey I Golden |
|---|---|---|---|---|
| Case Name: | J & M MASONRY INC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8654 | | Checking Acct #: | ******1813 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHECKING ACCOUNT |
| For Period Beginning: | 5/10/2019 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/2/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $9,093.64 | $9,093.64 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $9,093.64 | $9,093.64 | |
| | | | **Less: Payments to debtors** | | $0.00 | $6,456.44 | |
| | | | **Net** | | $9,093.64 | $2,637.20 | |

| For the period of 5/10/2019 to 2/2/2022 | | For the entire history of the account between 08/02/2019 to 2/2/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $9,093.64 | Total Compensable Receipts: | $9,093.64 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,093.64 | Total Comp/Non Comp Receipts: | $9,093.64 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2,637.20 | Total Compensable Disbursements: | $2,637.20 |
| Total Non-Compensable Disbursements: | $6,456.44 | Total Non-Compensable Disbursements: | $6,456.44 |
| Total Comp/Non Comp Disbursements: | $9,093.64 | Total Comp/Non Comp Disbursements: | $9,093.64 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3     Exhibit 9

| Case No. | 19-11813-ES | Trustee Name: | Jeffrey I Golden |
|---|---|---|---|
| Case Name: | J & M MASONRY INC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8654 | Checking Acct #: | ******1813 |
| Co-Debtor Taxpayer ID #: | | Account Title: | CHECKING ACCOUNT |
| For Period Beginning: | 5/10/2019 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/2/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $9,093.64 | $9,093.64 | $0.00 |

| **For the period of 5/10/2019 to 2/2/2022** | | **For the entire history of the case between 05/10/2019 to 2/2/2022** | |
|---|---|---|---|
| Total Compensable Receipts: | $9,093.64 | Total Compensable Receipts: | $9,093.64 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,093.64 | Total Comp/Non Comp Receipts: | $9,093.64 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2,637.20 | Total Compensable Disbursements: | $2,637.20 |
| Total Non-Compensable Disbursements: | $6,456.44 | Total Non-Compensable Disbursements: | $6,456.44 |
| Total Comp/Non Comp Disbursements: | $9,093.64 | Total Comp/Non Comp Disbursements: | $9,093.64 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ JEFFREY I GOLDEN

JEFFREY I GOLDEN